

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Albina Raeva

**Plaintiff,**

V.

Alejandro Mayorkas, Secretary, Department of Homeland Security (DHS); Tae D. Johnson, Acting Director, ICE; Christopher LaRose, Warden, Otay Mesa Detention Center ⊞ **Defendant.**

**Civil Action No.**   25-cv-03175-JO-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus and the case is hereby closed.

**Date:**        2/26/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Contreras

R. Contreras, Deputy